November 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

ROY MATA AND GILBERT E. GARCIA, Appellants

NO. 14-12-00400-CV                    V.

WELLS FARGO BANK, NA SUCCESSOR BY MERGER TO WELLS FARGO BANK SOUTHWEST, NA F/K/A WACHOVIA MORTGAGE FSB F/K/A WORLD SAVINGS BANK, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 12, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Roy Mata and Gilbert E. Garcia, jointly and severably.

We further order this decision certified below for observance.